SMITH *et al. v.* SMITH.

WYATT, Justice. This a companion case to that of *Smith* v. *Fowler*, 208 *Ga.* 76 (65 S. E. 2d, 156), involving the same deed, questions and evidence, and the judgment is controlled by the decision in that case.

*Judgment affirmed. All the Justices concur, except Hawkins, J., who is disqualified.*

No. 17918. SUBMITTED JUNE 9, 1952—DECIDED JULY 14, 1952.

*W. L. Nix, A. G. Liles* and *Leon Bolling,* for plaintiffs in error. *Wheeler, Robinson & Thurmond,* contra.